JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK BOULLET,<br><br>Plaintiff,<br><br>v.<br><br>GEODIS WILSON USA, INC.; KEN SMITH; and DOES 1 through 250, inclusive,<br><br>Defendants. | **Case No: 2:14-cv-6583-ODW-FFMx**<br><br>**ORDER RE DISMISSAL OF THE ENTIRE ACTION WITH PREJUDICE [25]** |

1

Upon stipulation jointly made by Plaintiff MARK BOULLET and Defendants GEODIS WILSON USA, INC. and KEN SMITH, by and through their counsel of record, and good cause appearing therefore (ECF No. 25):

**IT IS HEREBY ORDERED** that:

1. Pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii), the entire action and all claims asserted therein are hereby DISMISSED WITH PREJUDICE; and

2. All dates and deadlines in this action are vacated and taken off calendar.

**IT IS SO ORDERED**.

March 7, 2016

_____
**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**